AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | John O'Brien | Telephone: (313) 226-9715 |
| Special Agent: | Brent Halbert, DEA | Telephone: (313) 570-4635 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Roque Carranza-Alvarado

Case No.  2:21-mj-30297
Judge: Unassigned,
Filed: 06-14-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2021__ in the county of __Jackson__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brent Halbert, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 14, 2021

_____
Judge's signature

City and state: Detroit, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brent Halbert, Special Agent of the Drug Enforcement Administration (DEA), having been duly sworn, do hereby state and depose as follows:

## INTRODUCTION

1. I am a Special Agent of the DEA, and, as such, I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is authorized by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code, Section 801, et seq., and Title 18, United States Code, Section 2516.

2. I have been a DEA Special Agent since August of 2010. I am currently assigned to the DEA Detroit Field Division Office, Detroit, Michigan. During my employment with DEA, I have participated in numerous investigations into controlled substance distribution and money laundering networks and have interviewed defendants, cooperating sources, and others who were importers, facilitators, transporters, sellers, distributors, or users of controlled substances or who were involved in and familiar with the methods and practices of drug traffickers and money launderers. I have participated in and served as the affiant for numerous search warrants in which controlled

1

substances, drug paraphernalia, currency, and records were discovered. I have made arrests for violations of federal and state law.

3.  The information set forth below is for the limited purpose of establishing probable cause that Roque CARRANZA-ALVARADO Possessed with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841. Therefore, this affidavit does not necessarily contain all the information collected during my investigation but includes only those facts necessary to establish probable cause.

4.  On June 13, 2021, Michigan State Police (MSP) conducted a traffic stop of a 2016 International tractor trailer truck for a traffic violation on I-94 near mile marker 124 in Parma Township, Jackson County, Michigan. The driver of the vehicle was identified as CARRANZA-ALVARADO.

5.  CARRANZA-ALVARADO consented to a search of the tractor and trailer. Following a search of the vehicle MSP located a black plastic storage container, two cardboard boxes, and gift bag containing approximately 14 kilograms of suspected cocaine, 100 pounds of suspected crystal

methamphetamine, 10 kilograms of suspected Fentanyl, 2 kilograms of suspected black tar heroin, and 30,000 pills suspected to contain fentanyl. Agents/Officers field tested representative samples of the differently packaged items with positive tests being returned for the methamphetamine, heroin, fentanyl, and cocaine for the respective controlled substances.

6. During a post Miranda interview, CARRANZA-ALVARADO told agents/officers that he received the illegal drugs from an unknown male at a truck stop in California. CARRANZA-ALVARADO was aware that he was transporting illegal controlled substances. CARRANZA-ALVARADO also stated the he did not know how much or what kind of drugs he was transporting but that he would be paid for delivering them to the Detroit, Michigan area.

7. Based upon my training and experience, I am aware that the volume and variety of controlled substances seized are indicative of ongoing drug distribution and were intended for additional distribution beyond delivery to the Detroit area.

8.      Based on the foregoing, as well as my training and experience, I believe there is probable cause to support the issuance of a criminal complaint against CARRANZA-ALVARADO for offense of Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846.

_____

Brent Halbert
Special Agent, DEA

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____

Honorable Patricia Morris
United States Magistrate Judge