# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| United States of America | ) |
|---|---|
| v. | ) Case No. 21-30297 |
| Roque Carranza-Alvarado | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:* via Zoom | *Courtroom:* |
|---|---|
| | *Date and Time:* June 16, 2021 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 14, 2021

s/Patricia T. Morris
*Judicial Officer's Signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*